United States District Court
Northern District of California

1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 QUENTIN PIERCE,                              Case No.  15-cv-02811-JSC

                Plaintiff,
8
         v.                                    **ORDER REFERRING PLAINTIFF TO**
9                                              **FEDERAL PRO BONO PROJECT AND**
                                               **STAYING PROCEEDINGS PENDING**
10 UNITED STATES DEPARTMENT OF                 **APPOINTMENT OF COUNSEL**
   VETERANS AFFAIRS, et al.,
11
                Defendants.

12        The Plaintiff having requested and being in need of counsel to assist him in this matter and

13 good and just cause appearing, IT IS HEREBY ORDERED that Plaintiff shall be referred to the

14 Federal Pro Bono Project ("Project") in the manner set forth below:

15        1.    The clerk shall forward the referral order to the appropriate Project office, San
                Francisco or San Jose, determined by whether the referring judge is located in the
16              San Francisco/Oakland or San Jose division.  The scope of this referral shall be for:

17              ☐    all purposes for the duration of the case

18              ☒    the limited purpose of representing the litigant in the course of

19                   ☐    mediation

20                   ☐    early neutral evaluation

21                   ☒    settlement conference

22                   ☐    briefing ☐ and hearing on the following motion (e.g., motion for
                     summary judgment or motion to dismiss):
23
                     ☐    discovery as follows:
24
                     ☐    other:
25

26

27

28

2.      Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above.  If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3.      All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent Plaintiff.  Upon appointment of counsel, the parties shall meet and confer regarding discovery, if any, needed solely for purposes of a meaningful settlement conference.

**IT IS SO ORDERED.**

Dated: November 5, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge