United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUENTIN PIERCE,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,

    Defendants.

Case No. 15-cv-02811-JSC

**ORDER APPOINTING COUNSEL**

Because the Plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Howard Benjamin Golds and Benjamin Lee of Best Best & Krieger LLP, are appointed as counsel for Plaintiff in this matter. The Clerk shall amend the docket to reflect their contact information as follows: Howard Benjamin Golds, Best Best & Krieger LLP, 3390 University Ave, Fl 5, Riverside, CA 92501, (951)686-1450, and Benjamin Lee, Best Best & Krieger LLP 2001 North Main Street, Suite 390, Walnut Creek, CA 94596, (925)977-3302.

The scope of this appointment shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
    - ☐ mediation
    - ☐ early neutral evaluation
    - ☒ settlement conference
    - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
      _____
    - ☐ discovery as follows:
      _____

☐   other: _____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Following the stay, the parties shall meet and confer regarding discovery, if any, needed solely for purposes of a meaningful settlement conference.

Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge