UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN PIERCE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.15-cv-02811-JSC<br><br>**ORDER TO SHOW CAUSE AS TO WHY ACTION SHOULD NOT BE DISMISSED** |

Over the last several months, Defendant has attempted to obtain discovery from Plaintiff regarding his claims. After Plaintiff failed to attend the Case Management Conference on February 16, 2017, the Court issued an Order requiring Plaintiff to respond to the outstanding written discovery requests by February 28, 2017 and appear for his deposition in the Court's Jury Room on March 9, 2017. (Dkt. No. 46.) Plaintiff was warned that failure to comply with the Order could result of dismissal of the action under Federal Rule of Civil Procedure 41(b). On March 8, 2017, Defendant filed a statement indicating that it had not received any written discovery responses from Plaintiff. On March 9, 2017, Plaintiff failed to appear for his deposition in the Court's Jury Room. (Dkt. No. 51.)

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to comply with the Court's orders. *See* Fed. R. Civ. P. 41(b). **Plaintiff must provide Defendant with his written discovery responses by March 23, 2017. Plaintiff must also personally appear and show cause on April 6, 2017 at 2:00 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California, as to why this action should not be**

**dismissed for failure to comply with the Court's orders.  Failure to do so will result in the dismissal of this action without further notice to Plaintiff.**

**IT IS SO ORDERED.**

Dated: March 9, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge