UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUENTIN PIERCE,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>        Defendants. | Case No. 15-cv-02811-JSC<br><br>**JUDGMENT** |

On April 7, 2017, the Court dismissed Plaintiff's complaint with prejudice for a failure to prosecute. Pursuant to Federal Rule of Civil Procedure 58, the Court ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: April 7, 2017

JACQUELINE SCOTT CORLEY
United States Magistrate Judge